IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOKF NA**                                                                                 **PLAINTIFF**

**v.**                                    **4:11-CV-00844-BRW**

**WESTSTAR MORTGAGE, INC.**                                               **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Admission Pro Hac Vice (Doc. No. 2). Plaintiff's Motion is GRANTED. Accordingly Samuel Ory and Piper Turner are directed to register for CM-ECF in the Eastern District of Arkansas by 5:00 p.m., Wednesday, December 7, 2011. Failure to register may result in removal from the case.

IT IS SO ORDERED this 29th day of November, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE