## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BOKF, NA**                                                                                      **PLAINTIFF**

**v.**                   **CASE NO.: 4:11CV00844-BD**

**WESTSTAR MORTGAGE, INC.**                               **DEFENDANT**

### ORDER OF DISMISSAL

Pending is Plaintiff's Motion for Dismissal with Prejudice.  (Docket entry #22) The motion states that the parties have reached a settlement and have agreed to the dismissal of this action with prejudice.  The motion (#22) is GRANTED.

The complaint (#1) and all claims in this action against the Defendant are DISMISSED, with prejudice.  Each party is responsible for its own costs.

DATED this 9th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE